WALTER B. COOKE, INC., Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Argued May 21, 1945; decided July 19, 1945.

922

*Rowland H. Long* for appellant.
*Charles Edward Rudolph* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.